# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| **JESUS LEON,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:16-CV-00257-N** |
| | § | |
| **ALLSTATE TEXAS LLOYD'S,** | § | |
| | § | |
| Defendant. | § | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE COURT:

Plaintiff Jesus Leon and Defendant Allstate Texas Lloyd's hereby dismiss all claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties intend for this Agreed Dismissal to constitute a final disposition of their claims in accordance with their settlement agreement.

    Respectfully submitted:

    THOMPSON, COE, COUSINS & IRONS, L.L.P.

    */s/ Roger D. Higgins*
    Roger D. Higgins
    State Bar No.  09601500
    rhiggins@thompsoncoe.com
    THOMPSON, COE, COUSINS & IRONS, L.L.P.
    700 N. Pearl Street, 25th Floor
    Dallas, Texas 75201
    Telephone:   (214) 871-8200
    Facsimile:   (214) 871-8209

    **COUNSEL FOR DEFENDANT**
    **ALLSTATE TEXAS LLOYD'S**

**THE VOSS LAW CENTER**

/s/ Scott G. Hunziker*
Scott G Hunziker
scott@vosslawfirm.com
State Bar No. 24032446
Bill L. Voss
bill@vosslawfirm.com
State Bar No. 24047043
The Voss Law Firm PC
26619 Interstate 45 South
The Woodlands, TX 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021

**COUNSEL FOR PLAINTIFF**
**\*signed with permission**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served in compliance with the Federal Rules of Civil Procedure on all counsel of record via electronic filing on this 25th day of January 2017.

/s/ Roger D. Higgins
Roger D. Higgins